■ In the Matter of JOHN T. GALLAGHER et al., Respondents, v. GEORGE T. REILLY, Appellant, and JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents.— In a proceeding under section 330 of the Election Law, to invalidate a petition designating George T. Reilly as a candidate of the Republican party in the primary election to be held September 14, 1965 for the office of Member of the Assembly for the 27th Assembly District, Queens County, the said Reilly appeals from a judgment of the Supreme Court, Queens County, entered September 1, 1965, which granted the application. Judgment affirmed, without costs. No opinion. Christ, Brennan, Hill and Rabin, JJ., concur; Ughetta, Acting P. J., dissents and votes to reverse the judgment and to dismiss the petition, with the following memorandum: The last day for instituting this proceeding was August 24, 1965. This proceeding to invalidate the designating petition was instituted on August 23, 1965 by the service of an acknowledged, instead of a verified, petition. Section 335 of the Election Law requires such a petition to be verified. A petition which is merely acknowledged is insufficient to give the court jurisdiction of the subject matter (*Matter of Leene* v. *Williams*, 14 A D 2d 665). The court was without power after August 24, 1965 to grant petitioners leave to file a verified petition *nunc pro tunc* (*Stock* v. *Mann*, 255 N. Y. 100, 103).

■ In the Matter of JOHN T. GALLAGHER, Respondent, v. GEORGE T. REILLY, Appellant, and JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents.— In a proceeding under section 330 of the Election Law, to invalidate a petition designating the respondent George T. Reilly as a candidate of the Conservative party in the primary election to be held September 14, 1965 for the office of Member of the Assembly for the 27th Assembly District, Queens County, and for other related relief, the said Reilly appeals from a judgment of the Supreme Court, Queens County, entered September 1, 1965, which granted the application. Judgment affirmed, without costs. No opinion. Christ, Brennan, Hill and Rabin, JJ., concur; Ughetta, Acting P. J., dissents upon the grounds stated by him in *Matter of Gallagher* v. *Reilly*, 24 A D 2d 720).